Case 4:18-cv-03060   Document 54   Filed on 02/05/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 05, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Brenda Vivar, § § Plaintiff, § § v. § § Benjamin's Behavioral § Health Services, PLLC., § Defendants. § | Civil Action No.: H-18-3060 |

## FINAL JUDGMENT

As the jury has returned its verdict in favor of the Defendant, the Court hereby ORDERS that final judgment be entered in favor of the Defendant. This is a take nothing judgment. This is a FINAL JUDGMENT.

Signed at Houston, TX on the ____5____ day of February, 2020.

_____
DAVID HITTNER
United States District Judge